# UNITED STATES BANKRUPTCY COURT
# MIDDLE DISTRICT OF PENNSYLVANIA

Re:

ALAN DALE BRADFIELD             Case No.: 1-16-03359-HWV
CAROL JEAN BRADFIELD           Chapter 13
       Debtor(s)

## NOTICE OF FINAL CURE PAYMENT

Pursuant to the Fed. Bankr. Rule 3002.1(f), the Trustee gives Notice that the amount required to cure the pre-petition default in the below claim has been paid in full and the Debtor(s) have completed all payments under the plan.

**PART 1:**            **MORTGAGE INFORMATION**

Creditor Name:            SUNTRUST MORTGAGE/CC5
Court Claim Number:            03
Last Four of Loan Number:            2650/PRE ARREARS/3114 FAIRE WYND PL
Property Address if applicable:            3114 FAIRE WYND PLACE, , DOVER, PA17315

**PART 2:**            **CURE AMOUNT**

TOTAL CURE DISBURSEMENT MADE BY THE TRUSTEE

a. Allowed prepetition arrearages:            $1,670.34
b. Prepetition arrearages paid by the Trustee:            $1,670.34
c. Amount of postpetition fees, expenses, and charges recoverable Under Bankruptcy Rule 3002.1(c):            $0.00
d. Amount of postpetition fees, expenses, and charges recoverable Under Bankruptcy Rule 3002.1(c) and paid by the Trustee:            $0.00
e. Allowed postpetition arrearage:            $0.00
f. Postpetition arrearages paid by the Trustee:            $0.00
g. Total b, d, f:            $1,670.34

**PART 3:**            **POST PETITION MORTGAGE PAYMENT**

Paid direct by the Debtor(s)
Current Monthly Mortgage Payment: $0.00
Next postpetition payment due:
If known, Principal Balance Outstanding: UNKNOWN

**PART 4:**            **A RESPONSE IS REQUIRED BY BANKRUPTCY RULE 3002.1(g)**

Within 21 days of the service of this Notice, the creditor must file and serve same on debtor, debtor's counsel and trustee, pursuant to Fed. Bankr. Rule 3002.1(g), a statement indicating whether it agrees that the debtor has paid in full the amount required to cure the default, has paid all outstanding post-petition fees, costs or escrow amounts due, and whether, consistent with §1322(b)(5) of the Bankruptcy Code, the debtor is current on all post-petition payments as of the date of this Notice or be subject to further action of the court including possible sanctions.

To assist in reconciling the claim, a history of payments made by the Trustee is attached to copies of this Notice sent to the Debtor and Creditor.

I certify that the information contained herein is true and correct to the best of my knowledge, information and reasonable belief.

Dated: June 2, 2021   Respectfully submitted,

<span style="margin-left:50%">s/ Jack N. Zaharopoulos<br>Standing Chapter 13 Trustee<br>Suite A, 8125 Adams Drive<br>Hummelstown, PA  17036<br>Phone:  (717) 566-6097<br>Fax:  (717) 566-8313<br>eMail:  info@pamd13trustee.com</span>

Creditor Name: SUNTRUST MORTGAGE/CC5
Court Claim Number: 03

| CLM # | CHECK # | DATE | PRIN PAID | INT PAID | TOTAL DISB |
|-------|---------|------------|-----------|----------|------------|
| 5200 | 1175023 | 10/11/2017 | $277.58 | $0.00 | $277.58 |
| 5200 | 1177761 | 12/05/2017 | $275.83 | $0.00 | $275.83 |
| 5200 | 1179198 | 01/11/2018 | $551.66 | $0.00 | $551.66 |
| 5200 | 1181925 | 03/08/2018 | $275.83 | $0.00 | $275.83 |
| 5200 | 1183305 | 04/03/2018 | $275.83 | $0.00 | $275.83 |
| 5200 | 1186451 | 05/15/2018 | $13.61 | $0.00 | $13.61 |

UNITED STATES BANKRUPTCY COURT
MIDDLE DISTRICT OF PENNSYLVANIA

Re:
ALAN DALE BRADFIELD  Case No.: 1-16-03359-HWV
CAROL JEAN BRADFIELD  Chapter 13
      Debtor(s)

# CERTIFICATE OF SERVICE

I certify that I am more than 18 years of age and that on June 2, 2021, I served a copy of this Notice of Final Cure and History of Payments made on the following parties by 1st Class mail, unless served electronically.

| | |
|---|---|
| PAUL MURPHY-AHLES ESQUIRE<br>DETHLEFS, PYKOSH & MURPHY<br>2132 MARKET STREET<br>CAMP HILL PA, 17011- | SERVED ELECTRONICALLY |
| SUNTRUST MTG INC<br>BANKRUPTCY DEPT RVW 3034<br>1001 SEMMES AVE<br>RICHMOND, VA, 23224 | SERVED BY 1ST CLASS MAIL |
| ALAN DALE BRADFIELD<br>CAROL JEAN BRADFIELD<br>3114 FAIRE WYND PLACE<br>DOVER, PA 17315 | SERVED BY 1ST CLASS MAIL |

I certify under penalty of perjury that the foregoing is true and correct.

Date: June 2, 2021

s/ Liz Joyce
Jack N. Zaharopoulos
Standing Chapter 13 Trustee
Suite A, 8125 Adams Drive
Hummelstown, PA 17036
Phone: (717) 566-6097
Fax: (717) 566-8313
eMail: info@pamd13trustee.com