United States Bankruptcy Court

Middle District of Pennsylvania

In re:
Case No. 16-03359-HWV

Alan Dale Bradfield
Chapter 13

Carol Jean Bradfield

Debtors

# CERTIFICATE OF NOTICE

District/off: 0314-1     User: AutoDocke     Page 1 of 3

Date Rcvd: Jun 02, 2021     Form ID: 3180W     Total Noticed: 38

The following symbols are used throughout this certificate:

| Symbol | Definition |
|---|---|
| + | Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP. |
| ++ | Addresses marked '++' were redirected to the recipient's preferred mailing address pursuant to 11 U.S.C. 342(f)/Fed.R.Bank.P.2002(g)(4). |

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Jun 04, 2021:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| db/jdb | + | Alan Dale Bradfield, Carol Jean Bradfield, 3114 Faire Wynd Place, Dover, PA 17315-3898 |
| aty | + | Floyd Goode, Jr., Truist Bank, 1001 Semmes Avenue, Richmond, VA 23224-2245 |
| cr | + | Truist Bank, Bankruptcy Department, VA - RVW - 3034, P.O. BOX 27767, Richmond, VA 23261-7767 |
| 4822338 | + | ACS, 501 Bleecker St, Utica, NY 13501-2401 |
| 4822339 | + | AES, Po Box 61047, Harrisburg, PA 17106-1047 |
| 4822343 | + | Bank of America, PO Box 45144, Jacksonville, FL 32232-5144 |
| 4864670 | + | Bank of America, N.A., P O Box 982284, El Paso, TX 79998-2284 |
| 4834927 | + | COLLEGE LOAN CORPORATION-GOLD WH on behalf of MHEA, Keith Coburn, MHEAC d/b/a ASA, 100 Cambridge Street, Suite 1600, Boston, MA 02114-2518 |
| 4822358 | | Kohls/capone, N56 W 17000, Ridgewood Drive, Menomonee Falls, WI 53051 |
| 4828583 | | SunTrust Mortgage, Inc., Bankruptcy Department RVW 3034, PO Box 27767 Richmond, VA 23261 |
| 4853491 | | University of Pittsburgh Physicians, PO Box 1123, Minneapolis, MN 55440-1123 |

TOTAL: 11

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI). Electronic transmission is in Eastern Standard Time.

| Recip ID | | Notice Type: Email Address | Date/Time | Recipient Name and Address |
|---|---|---|---|---|
| cr | + | Email/Text: bankruptcymortgage@suntrust.com | Jun 02 2021 19:12:00 | SunTrust Bank, Bankruptcy Department, VA - RVW - 3034, P.O. Box 27767, Richmond, VA 23261-7767 |
| 4822342 | | EDI: WFFC.COM | Jun 02 2021 22:58:00 | American Honda Finance, 201 Little Falls Drive, Wilmington, DE 19808 |
| 4839640 | | EDI: HNDA.COM | Jun 02 2021 22:58:00 | American Honda Finance Corporation, National Bankruptcy Center, P.O. Box 168088, Irving, TX 75016-8088, 866-716-6441 |
| 4822357 | | EDI: HNDA.COM | Jun 02 2021 22:58:00 | Honda Financial Services, PO Boc 105027, Atlanta, GA 30348-5027 |
| 4822340 | + | EDI: AMEREXPR.COM | Jun 02 2021 22:58:00 | American Express, PO Box 297871, Fort Lauderdale, FL 33329-7871 |
| 4841297 | | EDI: BECKLEE.COM | Jun 02 2021 22:58:00 | American Express Centurion Bank, c/o Becket and Lee LLP, PO Box 3001, Malvern PA 19355-0701 |
| 4822345 | | EDI: BANKAMER.COM | Jun 02 2021 22:58:00 | Bank of America, P.O. Box 982238, El Paso, TX 79998 |
| 4822344 | + | EDI: BANKAMER.COM | Jun 02 2021 22:58:00 | Bank Of America, Card Services, PO Box 53123, Phoenix, AZ 85072-3123 |
| 4856246 | | EDI: BANKAMER.COM | Jun 02 2021 22:58:00 | Bank Of America, N.A., PO BOX 31785, Tampa, FL 33631-3785 |
| 4822346 | + | EDI: TSYS2.COM | Jun 02 2021 22:58:00 | Barclays Bank Delaware, PO Box 8803, Wilmington, DE 19899-8803 |
| 4822348 | | EDI: CAPITALONE.COM | | |

| Recip ID | | Notice Type | Date/Time | Name and Address |
|---|---|---|---|---|
| | | | Jun 02 2021 22:58:00 | Capital One Bank, 15000 Capital One Drive, Richmond, VA 23238-1119 |
| 4867379 | | Email/Text: Bankruptcy.RI@Citizensbank.com | Jun 02 2021 19:12:00 | Citizens Bank, 1 Citizens Drive, ROP15B, Riverside R.I.02915 |
| 4836976 | | EDI: CAPITALONE.COM | Jun 02 2021 22:58:00 | Capital One Bank (USA), N.A., PO Box 71083, Charlotte, NC 28272-1083 |
| 4850912 | | EDI: BL-BECKET.COM | Jun 02 2021 22:58:00 | Capital One NA, c/o Becket and Lee LLP, PO Box 3001, Malvern PA 19355-0701 |
| 4822352 | + | EDI: CITICORP.COM | Jun 02 2021 22:58:00 | Citi, PO Box 6241, Sioux Falls, SD 57117-6241 |
| 4822355 | + | EDI: CITICORP.COM | Jun 02 2021 22:58:00 | Citi/Universal, PO Box 6241, Sioux Falls, SD 57117-6241 |
| 4822356 | + | Email/Text: Bankruptcy.RI@Citizensbank.com | Jun 02 2021 19:12:00 | Citizens Bank, 1000 Lafayette Blvd, Bridgeport, CT 06604-4725 |
| 4952641 | | EDI: ECMC.COM | Jun 02 2021 22:58:00 | ECMC, PO BOX 16408, ST. PAUL, MN 55116-0408 |
| 4952642 | | EDI: ECMC.COM | Jun 02 2021 22:58:00 | ECMC, PO BOX 16408, ST. PAUL, MN 55116-0408, ECMC, PO BOX 16408, ST. PAUL, MN 55116-0408 |
| 4822349 | | EDI: JPMORGANCHASE | Jun 02 2021 22:58:00 | Chase Card, P.O. Box 15298, Wilmington, DE 19850 |
| 4855335 | | Email/PDF: resurgentbknotifications@resurgent.com | Jun 02 2021 19:27:39 | LVNV Funding, LLC its successors and assigns as, assignee of Citibank, N.A., Resurgent Capital Services, PO Box 10587, Greenville, SC 29603-0587 |
| 4867151 | | EDI: PRA.COM | Jun 02 2021 22:58:00 | Portfolio Recovery Associates, LLC, POB 12914, Norfolk VA 23541 |
| 4824756 | + | EDI: STF1.COM | Jun 02 2021 22:58:00 | SunTrust Bank, Attn: Support Services, P.O. Box 85092, Richmond, VA 23286-0001 |
| 4822359 | + | EDI: STF1.COM | Jun 02 2021 22:58:00 | Suntrust Bank, PO Box 980, Newport News, VA 23607-0980 |
| 4822360 | + | EDI: STF1.COM | Jun 02 2021 22:58:00 | Suntrust Mortgage, 1001 Semmes Avenue, Richmond, VA 23224-2245 |
| 4826564 | | Email/Text: bkyelectnotices@tgslc.org | Jun 02 2021 19:12:00 | TGSLC, PO BOX 83100, ROUND ROCK, TX 78683-3100 |
| 4822361 | + | EDI: CITICORP.COM | Jun 02 2021 22:58:00 | Thd/cbna, P.O. Box 6497, Sioux Falls, SD 57117-6497 |

TOTAL: 27

# BYPASSED RECIPIENTS

**The following addresses were not sent this bankruptcy notice due to an undeliverable address, \*duplicate of an address listed above, \*P duplicate of a preferred address, or ## out of date forwarding orders with USPS.**

| Recip ID | Bypass Reason | Name and Address |
|---|---|---|
| 4822341 | \*+ | American Express, PO Box 297871, Fort Lauderdale, FL 33329-7871 |
| 4822347 | \*+ | Barclays Bank Delaware, PO Box 8803, Wilmington, DE 19899-8803 |
| 4822353 | \*+ | Citi, PO Box 6241, Sioux Falls, SD 57117-6241 |
| 4822354 | \*+ | Citi, PO Box 6241, Sioux Falls, SD 57117-6241 |
| 4822350 | \*P++ | JPMORGAN CHASE BANK N A, BANKRUPTCY MAIL INTAKE TEAM, 700 KANSAS LANE FLOOR 01, MONROE LA 71203-4774, address filed with court:, Chase Card, P.O. Box 15298, Wilmington, DE 19850 |
| 4822351 | \*P++ | JPMORGAN CHASE BANK N A, BANKRUPTCY MAIL INTAKE TEAM, 700 KANSAS LANE FLOOR 01, MONROE LA 71203-4774, address filed with court:, Chase Card, P.O. Box 15298, Wilmington, DE 19850 |

TOTAL: 0 Undeliverable, 6 Duplicate, 0 Out of date forwarding address

# NOTICE CERTIFICATION

I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.

Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.

Date: Jun 04, 2021                Signature:        /s/Joseph Speetjens

---

# CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on June 2, 2021 at the address(es) listed below:

| Name | Email Address |
| --- | --- |
| Chrisovalante Fliakos | on behalf of Creditor Suntrust Mortgage Inc. pamb@fedphe.com |
| ECMC | djwilcoxson@ecmc.org |
| Jack N Zaharopoulos (Trustee) | TWecf@pamd13trustee.com |
| Jerome B Blank | on behalf of Creditor Suntrust Mortgage Inc. pamb@fedphe.com |
| Mario John Hanyon | on behalf of Creditor Suntrust Mortgage Inc. pamb@fedphe.com mario.hanyon@brockandscott.com |
| Paul Donald Murphy-Ahles | on behalf of Debtor 2 Carol Jean Bradfield pmurphy@dplglaw.com kgreene@dplglaw.com |
| Paul Donald Murphy-Ahles | on behalf of Debtor 1 Alan Dale Bradfield pmurphy@dplglaw.com kgreene@dplglaw.com |
| Rebecca Ann Solarz | on behalf of Creditor BANK OF AMERICA N.A. bkgroup@kmllawgroup.com |
| United States Trustee | ustpregion03.ha.ecf@usdoj.gov |

TOTAL: 9

| Debtor 1 | **Alan Dale Bradfield** | | Social Security number or ITIN | xxx–xx–2582 |
| | First Name  Middle Name  Last Name | | EIN  _ _ – _ _ _ _ _ _ _ | |
| Debtor 2 | **Carol Jean Bradfield** | | Social Security number or ITIN | xxx–xx–8083 |
| (Spouse, if filing) | First Name  Middle Name  Last Name | | EIN  _ _ – _ _ _ _ _ _ _ | |

United States Bankruptcy Court  Middle District of Pennsylvania

Case number:  1:16–bk–03359–HWV

# Order of Discharge

12/18

**IT IS ORDERED:** A discharge under 11 U.S.C. § 1328(a) is granted to:

Alan Dale Bradfield                Carol Jean Bradfield

**By the court:**

_6/2/21_

Honorable Henry W. Van Eck
Chief Bankruptcy Judge
By: KarenDavis, Deputy Clerk

---

### Explanation of Bankruptcy Discharge in a Chapter 13 Case

This order does not close or dismiss the case.

#### Creditors cannot collect discharged debts

This order means that no one may make any attempt to collect a discharged debt from the debtors personally. For example, creditors cannot sue, garnish wages, assert a deficiency, or otherwise try to collect from the debtors personally on discharged debts. Creditors cannot contact the debtors by mail, phone, or otherwise in any attempt to collect the debt personally. Creditors who violate this order can be required to pay debtors damages and attorney's fees.

However, a creditor with a lien may enforce a claim against the debtors' property subject to that lien unless the lien was avoided or eliminated. For example, a creditor may have the right to foreclose a home mortgage or repossess an automobile.

This order does not prevent debtors from paying any debt voluntarily. 11 U.S.C. § 524(f).

#### Most debts are discharged

Most debts are covered by the discharge, but not all. Generally, a discharge removes the debtors' personal liability for debts provided for by the chapter 13 plan.

In a case involving community property: Special rules protect certain community property owned by the debtor's spouse, even if that spouse did not file a bankruptcy case.

#### Some debts are not discharged

Examples of debts that are not discharged are:

- ♦ debts that are domestic support obligations;

- ♦ debts for most student loans;

- ♦ debts for certain types of taxes specified in 11 U.S.C. §§ 507(a)(8)( C), 523(a)(1)(B), or 523(a)(1)(C) to the extent not paid in full under the plan;

♦ debts that the bankruptcy court has decided or will decide are not discharged in this bankruptcy case;

♦ debts for restitution, or a criminal fine, included in a sentence on debtor's criminal conviction;

♦ some debts which the debtors did not properly list;

♦ debts provided for under 11 U.S.C. § 1322(b)(5) and on which the last payment or other transfer is due after the date on which the final payment under the plan was due;

♦ debts for certain consumer purchases made after the bankruptcy case was filed if obtaining the trustee's prior approval of incurring the debt was practicable but was not obtained;

♦ debts for restitution, or damages, awarded in a civil action against the debtor as a result of malicious or willful injury by the debtor that caused personal injury to an individual or the death of an individual; and

♦ debts for death or personal injury caused by operating a vehicle while intoxicated.

In addition, this discharge does not stop creditors from collecting from anyone else who is also liable on the debt, such as an insurance company or a person who cosigned or guaranteed a loan.

---

**This information is only a general summary of a chapter 13 discharge; some exceptions exist. Because the law is complicated, you should consult an attorney to determine the exact effect of the discharge in this case.**

---